**Gretchen M. HULON, Plaintiff–Appellant,**

v.

**NORTHEAST GEORGIA HEALTH SYSTEM, INC., Defendant–Appellee.**

No. 08–12021.

United States Court of Appeals, Eleventh Circuit.

Feb. 3, 2009.

Henry Allen Hibbert, Cromwell & Hibbert, Atlanta, GA, for Plaintiff–Appellant.

Burton Freeman Dodd, Fisher & Phillips, Atlanta, GA, for Defendant–Appellee.

**2.** *See* 42 U.S.C. § 2000e, *et seq.*

**314**

Before MARCUS, KRAVITCH, and ANDERSON, Circuit Judges.

PER CURIAM:

The judgment of the district court is affirmed based upon the thorough and well-reasoned opinion of the magistrate judge.

AFFIRMED.